F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 7 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02271-BNB
**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

KATHERINE CHRISTINA GREATHOUSE,

    Plaintiff,

v.

WILLIAM D. GREATHOUSE,
G AND H FARMS, a Colorado Corp.,
THE UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF INTERIOR,
STATE OF COLORADO,
DISTRICT COURT, BACA COUNTY, COLORADO, Case Numbers 87CV36, 10CV14, 10CV18, and 10CV3,
SAGE BRUSH FARMS,
HORSESHOE TRUST,
LAMB'S LAND LEGACY, and
KOCHIA PLAINS,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a document titled "Ministerial Duties in Regard to In Personam and In Rem Final Judgment and Determination in All Cases Final Appropriations of Lands by Record 'In Law' Allodial Title and New Law of Case on the Land." As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted document is deficient as described in this order. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers

which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) _X_ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) _X_ other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint or Petition:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED September 7, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02271-BNB

Katherine Christina Greathouse
27977 County Rd 51
Walsh, CO 81090

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 7, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk