IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 14 2011

GREGORY C. LANGHAM
_____CLERK

Civil Action No. 11-cv-02271-BNB

KATHERINE CHRISTINA GREATHOUSE,

    Plaintiff,

v.

WILLIAM D. GREATHOUSE,
G AND H FARMS, a Colorado Corp.,
THE UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF INTERIOR,
STATE OF COLORADO,
DISTRICT COURT, BACA COUNTY, COLORADO, Case Numbers 87CV36, 10CV14,
    10CV18, and 10CV3,
SAGE BRUSH FARMS,
HORSESHOE TRUST,
LAMB'S LAND LEGACY, and
KOCHIA PLAINS,

    Defendants.

---

ORDER OF DISMISSAL

---

    Plaintiff, Katherine Christina Greathouse, initiated this action by filing *pro se* a document titled "Ministerial Duties in Regard to In Personam and In Rem Final Judgment and Determination in All Cases" with the Court on August 30, 2011.

    In an order filed on September 7, 2011, Magistrate Judge Boyd N. Boland ordered Ms. Greathouse to cure certain enumerated deficiencies in this case within thirty days. Specifically, Ms. Greathouse was directed to submit a Complaint on the Court-approved form. Ms. Greathouse was also directed to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form. She was informed that the § 1915 motion and affidavit was only necessary if the $350.00

filing fee was not paid in advance.  The September 7 order warned Ms. Greathouse that if she failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

On September 7, 2011, Ms. Greathouse again filed a document titled "Ministerial Duties in Regard to In Personam and In Rem Final Judgment and Determination in All Cases."  Ms. Greathouse filed an identical document on September 8, 2011.

Ms. Greathouse has now failed to file a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed by the September 7 Order.  Further, she has not communicated with the Court since September 8, 2011.  Therefore, Ms. Greathouse has failed within the time allowed to cure the designated deficiencies.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Katherine Christina Greathouse, to comply with the order to cure dated September 7, 2011.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __14th__ day of ____October____, 2011.

BY THE COURT:

___s/Lewis T. Babcock_____
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02271-BNB

Katherine Christina Greathouse
27977 County Rd 51
Walsh, CO 81090

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on October 14, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk